An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL THEODORE PINES,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66639

**FILED**

NOV 03 2014



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### *ORDER OF AFFIRMANCE*

This is a proper person appeal from an order of the district court granting a petition for extradition and denying a petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Carolyn Ellsworth, Judge.

On September 26, 2014, the State filed a petition for extradition. Appellant filed a petition for a writ of habeas corpus challenging extradition. The district court held a hearing on the petitions on October 1, 2014, and granted the petition for extradition and denied appellant's petition for a writ of habeas corpus. We conclude that the district court did not err in granting the petition for extradition and denying the petition for a writ of habeas corpus because the extradition documents were in order, appellant has been charged with a crime in California, appellant is the person named in the request for extradition,

SUPREME COURT
OF
NEVADA

(O) 1947A

14-36253

and appellant is a fugitive. *See Michigan v. Doran*, 439 U.S. 282, 289 (1978). Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

cc:  Hon. Carolyn Ellsworth, District Judge
     Michael Theodore Pines
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk